**GOLENBOCK EISEMAN**
**ASSOR BELL & PESKOE** LLP

Attorneys at Law | 711 Third Ave., New York, NY 10017-4014
T (212) 907-7300 | F (212) 754-0330 | www.golenbock.com

Direct Dial No.: (212) 907-7348
Direct Fax No.: (212) 754-0330
Email Address: mdevorkin@golenbock.com

**MEMO ENDORSED**

> Plaintiffs' request is granted. Plaintiffs are directed to file the supplemental filing on fees and constructive trust by today, October 6, 2025.
>
> SO ORDERED.
>
> /s/ Edgardo Ramos
> Edgardo Ramos, U.S.D.J.
> Dated: October 6, 2025
> New York, New York

October 3, 2025

**VIA ECF**
**AND ELECTRONIC MAIL**
ChambersNYSDRamos@nysd.uscourts.gov
The Hon. Edgardo Ramos
United States District Judge
40 Foley Square, Suite 410
New York, NY 10007

    Re:    Case No. 25-cv-4026 Fermion Capital Management AG *et al*. vs. Planet Project Solutions LLC

Dear Judge Ramos,

    This firm is counsel for Plaintiffs Fermion Capital Management AG, Caltenn Inc. and ARX Accurate RX Pharmacy Corp. in the above referenced proceeding and the pending OSC for a Default Judgment.

    At the hearing on September 24, you indicated you wanted us to file our supplemental filing on fees and the constructive trust today. However, because of the Jewish Holiday yesterday, when our office was closed and some unanticipated problems, we are unable to finish and file it today, and with the Court's permission will file it Monday.

    Thank you for your consideration.

    Respectfully,

    /s/ Michael S. Devorkin

    Michael S. Devorkin