**GOLENBOCK EISEMAN ASSOR BELL & PESKOE** LLP

Attorneys at Law  |  711 Third Ave., New York, NY 10017-4014
T (212) 907-7300  |  F (212) 754-0330  |  www.golenbock.com

Direct Dial No.: (212) 907-7348
Direct Fax No.: (212) 754-0330
Email Address: mdevorkin@golenbock.com

# MEMO ENDORSED

October 16, 2025

**VIA ECF**

The Hon. Edgardo Ramos
United States District Judge
40 Foley Square, Suite 410
New York, NY 10007

Re:   Case No. 25-cv-4026 Fermion Capital Management AG et al. vs. Planet Project Solutions LLC et al.

Dear Judge Ramos,

This firm is counsel for Plaintiffs Fermion Capital Management AG, Caltenn Inc. and ARX Accurate RX Pharmacy Corp. in the above referenced proceeding.

I am writing about the Order to Show Cause for Default Judgment against defendant Bernhard Ochs, which the Court so ordered yesterday. We have a conflicting court appearance on the morning of the selected return date of November 13. We respectfully request that the Court move the return date to either November 11 or November 14, or to the afternoon of November 13 or some other date close to the 13th.

Thank you for your consideration.

Respectfully,

/s/ Michael S. Devorkin

Michael S. Devorkin

---

The show cause hearing will be held on November 13, 2025, at 2:30 p.m.
SO ORDERED.

*[signature]*
Edgardo Ramos, U.S.D.J.
Dated: 10/17/2025
New York, New York