UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK
----------------------------------------------------------------------X

FERMION CAPITAL MANAGEMENT AG, CALTENN INC., and ARX ACCURATE RX SPECIALTY PHARMACY CORP.,

                    Plaintiffs,

- against -

PLANET PROJECT SOLUTIONS LLC, THE LAW OFFICE OF DEAN MASTRANGELO, P.C., DEAN MASTRANGELO, JOSEPH BARISIC, a/k/a JOSEPH BARISICH, MARTIN THOMAS DAVIES, BERNHARD OCHS, and RELIEF DEFENDANT BRET STORASKA AND/OR JOHN DOE, SOLELY AS PERSONAL REPRESENTATIVE OF THE ESTATE OF JOHN FREDERIC STORASKA,

                    Defendants.
----------------------------------------------------------------------X

Case No. 1:25-cv-4026

**DEFAULT JUDGMENT AGAINST DEFENDANTS PLANET PROJECT SOLUTIONS, LLC, JOSEPH BARISIC a/k/a JOSEPH BARISICH and BERNHARD OCHS**

        WHEREAS, on or about May 13, 2025, Fermion Capital Management AG ("Fermion"), Caltenn Inc. ("Caltenn") and ARX Accurate RX Specialty Pharmacy Corp. ("ARX") (and collectively, "Plaintiffs") commenced this action by the filing of a complaint (the "Complaint"); and

        WHEREAS, the Complaint in this action and the summons with respect thereto was duly served on defendant Planet Project Solutions, LLC ("PPS") and service became effective on June 15, 2025, pursuant to Federal Rule of Civil Procedure 4(h)(1)(A), 4(e)(1), and Wyoming Statute 17-28-104(iii); and

WHEREAS, the Complaint in this action and the summons with respect thereto was duly served on defendant Joseph Barisic a/k/a Joseph Barisich ("Barisic") on June 6, 2025; and

WHEREAS, on or about June 24, 2025, Plaintiffs filed an Amended Complaint; and

WHEREAS, the Amended Complaint was duly served on defendant PPS and service became effective on July 6, 2025, pursuant to Federal Rule of Civil Procedure 4(h)(1)(A), 4(e)(1), and Wyoming Statute 17-28-104(iii); and

WHEREAS, the Amended Complaint was duly served on defendant Barisic on July 1, 2025; and

WHEREAS, the Amended Complaint was duly served on Defendant Bernhard Ochs ("Ochs") on August 19, 2025; and

WHEREAS, defendants PPS, Barisic, and Ochs (collectively, "Defaulting Defendants") having failed to file an answer in this case, and the time for Defaulting Defendants to appear, answer or raise an objection to the Complaint and Amended Complaint in point of law herein having expired; and

WHEREAS, on August 1, 2025, the Clerk of Court issued a Clerk's Certificate of Default against defendants PPS and Barisic, Docs # 39, 40; and

WHEREAS, on September 12, 2025, the Clerk of Court issued a Clerk's Certificate of Default against defendant Ochs, Doc # 50; and

WHEREAS, Plaintiffs having proceeded by Orders to Show Cause for entry of a Default Judgement against the Defaulting Defendants, pursuant to Federal Rules of Civil Procedure 54(b) and 55(b)(2); and

WHEREAS, on August 27, 2025, the Court entered an Order directing defendants PPS and Barisic to Show Cause why a Default Judgment should not be entered against them, Doc # 44, on the supporting papers submitted by the Plaintiffs, Docs # 41-43; and

WHEREAS, on October 15, 2025, the Court entered an Order directing defendant Ochs to Show Cause why a Default Judgment should not be entered against him, Doc # 67, on the supporting papers submitted by the Plaintiffs, Doc # 54-56; and

WHEREAS, the Court has considered the Plaintiffs' two Motions for Default Judgment against each of the Defaulting Defendants, and by order dated November 18, 2025, the Court granted Plaintiffs' two Motions insofar as set forth herein, Doc # 74; and

WHEREAS, pursuant to Federal Rule of Civil Procedure 54(b), the Court finds that the within Judgment should be entered immediately and Plaintiffs have immediate execution thereon, and that there is no just reason for delay in entering the within Judgment against the Defaulting Defendants, and that delay in entering the Judgment would be inequitable to the Plaintiffs;

NOW, it is hereby:

**ORDERED, ADJUDGED, and DECREED**:

A. Plaintiff Fermion Capital Management AG shall have judgment in its favor against Defendants Planet Project Solutions LLC, Joseph Barisic, a/k/a Joseph Barisich, and Bernhard Ochs, jointly and severally, as demanded in the Amended Complaint, (i) on Plaintiffs' First and Second Causes of Action in the amount of $2,000,000.00, trebled to $6,000,000.00 pursuant to the Racketeer Influenced and Corrupt Organizations ("RICO") Act 18 U.S. Code § 1964(c), plus pre-judgment interest at the annual rate of 9% from November 7, 2022, to the date of entry of

      this judgment amounting to $1,637,751.15, plus costs and attorney's fees in the amount of $415,909.96, for a total of $8,053,661.11; and (ii) on Plaintiffs' Third, Fourth, Sixth, and Seventh Causes of Action in the amount of $2,000,000.00, plus pre-judgment interest at the annual rate of 9% from November 7, 2022, to the date of entry of this judgment, amounting to $545,917.05, plus costs and attorney's fees in the amount of $415,909.96, for a total of $2,961,827.01; and against Defendant Planet Project Solutions LLC on the Fifth Cause of Action in the amount of $2,000,000.00, plus pre-judgment interest at the annual rate of 9% from November 7, 2022, to the date of entry of this judgment, amounting to $545,917.05, plus costs and attorney's fees in the amount of $415,909.96, for a total of $2,961,827.01.

B.    Plaintiff Caltenn, Inc. shall have judgment in its favor against Defendants Planet Project Solutions LLC, Joseph Barisic, a/k/a Joseph Barisich, and Bernhard Ochs, jointly and severally, as demanded in the Amended Complaint, (i) on Plaintiffs' First and Second Causes of Action, in the amount of $2,000,000.00 trebled to $6,000,000.00 pursuant to the Racketeer Influenced and Corrupt Organizations ("RICO") Act 18 U.S. Code § 1964(c), plus pre-judgment interest at the annual rate of 9% from January 6, 2023, to the date of entry of this judgment amounting to $1,519,395.15, plus costs and attorney's fees in the amount of $415,909.96, for a total of $7,935,305.11; and (ii) on Plaintiffs' Third, Fourth, Sixth, and Seventh Causes of Action in the amount of $2,000,000.00, plus pre-judgment interest at the annual rate of 9% from January 26, 2023, to the date of entry of this judgment, amounting to $506,465.05, plus costs and attorney's fees in the amount of

$415,909.96, for a total of $2,922,375.01; and against Defendant Planet Project Solutions LLC on the Fifth Cause of Action in the amount of $2,000,000.00, plus pre-judgment interest at the annual rate of 9% from November 7, 2022, to the date of entry of this judgment, amounting to $506,465.05, plus costs and attorney's fees in the amount of $415,909.96, for a total of $2,922,375.01.

C.  Plaintiff ARX Accurate RX Specialty Pharmacy Corp. shall have judgment in its favor against Defendants Planet Project Solutions LLC, Joseph Barisic, a/k/a Joseph Barisich, and Bernhard Ochs, jointly and severally, as demanded in the Amended Complaint, (i) on Plaintiffs' First and Second Causes of Action, in the amount of $2,000,000.00 trebled to $6,000,000.00 pursuant to the Racketeer Influenced and Corrupt Organizations ("RICO") Act 18 U.S. Code § 1964(c), plus pre-judgment interest at the annual rate of 9% from January 20, 2023, to the date of entry of this judgment amounting to $1,528,271.85, plus costs and attorney's fees in the amount of $415,909.96, for a total of $7,944,181.81; and (ii) on Plaintiffs' Third, Fourth, Sixth, and Seventh Causes of Action in the amount of $2,000,000.00, plus pre-judgment interest at the annual rate of 9% from January 20, 2023, to the date of entry of this judgment, amounting to $509,423.95, plus costs and attorney's fees in the amount of $415,909.96, for a total of $2,925,333.91; and against Defendant Planet Project Solutions LLC on the Fifth Cause of Action in the amount of $2,000,000.00, plus pre-judgment interest at the annual rate of 9% from November 7, 2022, to the date of entry of this judgment, amounting to $509,423.95, plus costs and attorney's fees in the amount of $415,909.96, for a total of $2,925,333.91.

D.  Plaintiffs Fermion Capital Management AG, Caltenn Inc., and ARX Accurate RX Specialty Pharmacy Corp. shall have judgment in favor of each of them against Defendants Planet Project Solutions LLC, Joseph Barisic, a/k/a Joseph Barisich, and Bernhard Ochs, jointly and severally, as demanded in the Amended Complaint on the Eighth Cause of Action, as follows:

  (1) A constructive trust ("PPS Constructive Trust") is created and imposed in favor of each named Plaintiff and against Defendants Planet Project Solutions LLC, Joseph Barisic, a/k/a Joseph Barisich, and Bernhard Ochs in the amount of $2,000,000.00 per Plaintiff plus interest thereupon on the respective dates set forth above until the date of this Judgment with respect to (i) any funds in the possession of defendants Planet Project Solutions LLC, Joseph Barisic, a/k/a Joseph Barisich, or Bernhard Ochs; and (ii) any funds sent by defendants Planet Project Solutions LLC, Dean Mastrangelo, the Law Office of Dean Mastrangelo, P.C., Joseph Barisic, a/k/a Joseph Barisich, or Bernhard Ochs, directly or indirectly, to Christoph Dittrich, Bernard Ochs, or Martin Thomas Davies, or anyone acting on behalf of such persons.

  (2) Michael S. Devorkin, counsel for Plaintiffs, shall serve as the Trustee of the PPS Constructive Trust until further order of the Court, and he shall report to the Court every six months on the status of the PPS Constructive Trust.

Judgment entered this 18th day of November, 2025, with immediate execution.

Dated: November 18, 2025
New York, New York

                                                                                 _____
                                                                                 Honorable Edgardo Ramos
                                                                                 United States District Judge