UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

FERMION CAPITAL MANAGEMENT AG, *et al.*,

Plaintiffs,

*-against-*

PLANET PROJECT SOLUTIONS LLC, *et al.*,

Defendants.

**ORDER**

25-cv-04026 (ER)

RAMOS, D.J.:

Fermion Capital Management AG, Caltenn Inc., and ARX Accurate RX Specialty Pharmacy Corp. filed this action against several defendants in May 2025. Doc. 1. The second amended complaint—which the plaintiffs filed on January 1, 2026—asserts claims against an additional defendant, Christoph Dittrich. Doc. 85. Since that filing, however, the plaintiffs have not submitted any proof of service on Dittrich. In addition, only two of the remaining defendants—Dean Mastrangelo and the Law Office of Dean Mastrangelo, P.C.—have responded to the second amended complaint. Doc. 90. The plaintiff is therefore directed to file a status update by October 15, 2026.

It is SO ORDERED.

Dated: October 9, 2026
New York, New York

EDGARDO RAMOS
United States District Judge